No. 74. MOORE v. UNITED STATES;

No. 196. FERGUSON v. UNITED STATES;

No. 200. DuPONT v. COMMISSIONER OF INTERNAL REVENUE;

No. 201. RASKOB v. COMMISSIONER OF INTERNAL REVENUE;

No. 278. NATIONAL LIFE & ACCIDENT INSURANCE CO. v. BREWER, FORMER COLLECTOR OF INTERNAL REVENUE;

No. 285. PIKE ET AL. v. WALKER (SUBSTITUTED FOR JAMES A. FARLEY), POSTMASTER GENERAL, ET AL.; and

No. 501. DOLLOFF v. UNITED STATES. November 10, 1941. The petitions for rehearing are denied. MR. JUSTICE JACKSON took no part in the consideration and decision of these applications.